UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                    Case No. 02-cr-153-01-SM

Joseph Taillon

## O R D E R

Defendant Taillon's motion to continue the final pretrial conference and trial is granted (document 438). Trial has been rescheduled for the June 2010 period. Defendant Taillon shall file a waiver of speedy trial rights not later than May 27, 2010. Upon filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** June 9, 2010 at 2:30 p.m.

**Jury Selection**: June 15, 2010 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

May 18 , 2010

cc: Robert Carey, Esq.
    Don Feith, AUSA
    US Probation
    US Marshal