```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

United States

    v.                                        Case No. 02-cr-153-01-SM

Joseph Taillon

ORDER

    Re: Document No. 507, MOTION/Request Upon the Honorable Court File for the Record (request for copies of any oaths or affirmations associated with all warrants associated with this case)

    Ruling: Denied. As the judgment in defendant's criminal case is final and there is no pending motion for relief pursuant to 28 U.S.C. § 2255, the case is closed and no further motions requesting relief may be filed in this case. Even treating the motion as an administrative request for copies of public documents maintained in the court's case files (such requests are properly directed by letter to the clerk of court and not by motion filed in a closed matter), still, it is unclear what defendant wishes to obtain from the record. If defendant wishes to obtain copies of record documents he is of course free to send a request to the clerk, but he should attempt to describe those documents by title or function or in some other manner that would permit retrieval of those documents actually responsive to his request. While some documents may be attested in some manner (indictments, affidavits supporting search warrants, arrest warrants, etc.) it seems that defendant may have something else in mind. So ordered.

Date: June 19, 2013

                                            Steven J. McAuliffe
                                            United States District Judge

cc: Joseph Taillon, pro se
    Donald Feith, FAUSA