Joseph Taillon
Reg. No. 04475-049
Moshannon Valley Correctinal Center
555 I-Geo Drive
Philips burg, PA 16866



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

July 28, 2014

2014 JUL 28 A 10:51

The Clerk
U.S. District Court Of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301-3941

RE: Requesting documents from case No. 1-02-cr-00153-01-sm

Respected Sir/Madam,

     Pursuant to Honorable Steven J. McAuliffe, order dated June 19, 2013. In my intent to obtain several documents from the case file, I have included a promissory note for the amount of $30.00 (Thirty) U.S. Dollars intending to cover the copying and mailing fees. Please, provide me with a **certified** copy of the following documents:
(1) **Complaint**- Pursuant to Rule 3 of the Federal Rules of Criminal Procedure.
(2) **Affidavit**- Pursuant to Rule 4(a) of the Federal Rules of Criminal Procedure.
(3) **Documents that reflect defendants written/signed consent for Magistrate Judge's hearing(s)/Arraignment**
(4) **Documents showing communication between the Magistrate and an Article III Judge or of the method of any such communication evidenced in the court file during arraignment.**

     In the event **ANY** of the requested documents/material is not available in the court file, please, provide me with a **certified verification** of the documents/material not evidenced in the court file, and the reason(s) of the lack of or existence. If for any reason you decline to produce, provide and certify these documents, without a reasonable legal reason, I am giving you legal notice, in such an event, you would be personally and officially liable for deprivation of my protected Constitutional rights and privileges, including but not limited to denial of substantive due process and knowingly and illegally denied access to the court. The documents sought are relevant to a **liberty interest** matter.

     Therefore, in the interest of justice and public reputation of the **Judicial Proceedings**, I'm respectfully requesting for a copy of the above mentioned legal documents. I am also giving you as the Clerk of this Court **legal notice** of suit in the event you fail to protect my **liberty interest right** to have **access to the court and records. Notice is being so given.**

Respectfully submitted,

_____    Done this 21st day of July, 2014
Joseph Taillon

*** Mailed via U.S. Mail Cerified, Return Receipt #7014 0510 000 8569 4952 ***