UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court          Telephone: 603-225-1423
Pamela E. Phelan, Chief Deputy Clerk     Web: www.nhd.uscourts.gov

August 26, 2014

Joseph Taillon #04475-049
Moshannon Valley Correctional Institution
555 Geo Drive
Philipsburg, PA 16866

Re:   02-cr-153-01-SM; United States v. Joseph Taillon

Dear Mr. Taillon:

    This is in response to your Notice Requesting Refund filed with the Clerk's Office on August 14, 2014.   Please be advised that the Clerk's Office will be issuing a refund in the amount of $30.00 to your Inmate Trust Account at the above-named facility.   A copy of the Order entered August 25, 2014 (document no. 514) is enclosed.

    The Clerk's Office will not provide a certified copy of the letter dated July 31, 2014, (document no. 511), which is on the record as a public document.

Very truly yours,

/s/ Pamela E. Phelan
_____
Pamela E. Phelan
Chief Deputy Clerk

Enclosure